IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:18-CV-85-RP |
| UNIVERSITY OF TEXAS AT AUSTIN and GREGORY FENVES, *individually and in his official capacity*, | § § § § § | |
| Defendants. | § § | |

## ORDER

On August 30, 2018, the Court granted Defendants' motions to dismiss. (Order, Dkt. 31). In that Order, the Court noted that if Plaintiff John Doe wished to file an amended complaint, he was required to do so before September 14, 2018. To date, the Court has not received an amended complaint. Accordingly, the Clerk of Court shall **CLOSE** this action.

**SIGNED** on October 3, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1